E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
     Office of the General Counsel
     Office of Program Litigation
     Social Security Administration
     6401 Security Boulevard
     Baltimore, MD 21235
     Telephone: (510) 970-4861
     Facsimile: (415) 744-0134
     Email: Jennifer.Tarn@ssa.gov
Attorneys for Defendant

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| MICHAEL WAYNE GORDON,<br><br>    Plaintiff,<br><br>       v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 5:23-cv-00433-CAS-BFM<br><br>**JUDGMENT** |

The Court having approved the parties' stipulation to remand this case
pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent

with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: May 12, 2023

_____

HON.  CHRISTINA A. SNYDER
SENIOR UNITED STATES DISTRICT JUDGE