1  LAW OFFICES OF BILL LATOUR
2  ALEX PANUTICH  [CSBN: 280413]
       1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
4      Telephone: (909) 954-2380
       Facsimile: (909) 796-3402
5      E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff

8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10                              EASTERN DIVISION
11

12 | MICHAEL W. G.,                    )   No.  5:23-cv-00433-CAS (BFM)
13 |                                   )
   |     Plaintiff,                    )   ORDER AWARDING
14 |                                   )    EAJA FEES
15 |     v.                            )
   |                                   )
16 | KILOLO KIJAKAZI, Acting           )
17 | Commissioner of Social Security,  )
   |                                   )
18 |                                   )
   |     Defendant.                    )
19

20      Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
21      IT IS ORDERED that EAJA attorney fees are awarded in the amount of ONE
22 THOUSAND FOUR HUNDRED AND TWELVE DOLLARS AND 00/100
23 ($1,412.00) and zero costs ($0.00), subject to the terms of the stipulation.
24
25 DATE: June 9, 2023            ___*Christina A. Snyder*_____
26                               HON. CHRISTINA A. SNYDER
27                               SENIOR UNITED STATES DISTRICT JUDGE
28